NEW JERSEY HIGHWAY AUTHORITY, PLAINTIFF-PETI-
TIONER, v. MARY RENNER, DEFENDANT-RESPONDENT.

See same case below: *32 N. J. Super.* 197.

*Mr. Morris M. Schnitzer* for the petitioner.

*Mr. Wallace P. Berkowitz* for the respondent.

January 17, 1955.   Granted.